IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KESTER PATTERSON BERYL
PATTERSON,

     Appellants,

v.

HSBC BANK USA, NATIONAL
ASSOCIATION FOR THE
BENEFIT OF ACE SECURITIES
CORP. HOME EQUITY LOAN
TRUST SERIES 2006-NC3
ASSET BACKED PASS-
THROUGH CERTIFICATES,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0933

Opinion filed July 2, 2014.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Beryl Patterson, pro se, for Appellants.

Smith, Hiatt & Diaz, P.A., Fort Lauderdale (no appearance), for Appellee.

PER CURIAM.

     DISMISSED.

LEWIS, C. J., WOLF and WETHERELL, JJ., CONCUR.